1  AARON JAMES PIERCE J55222/409-34 LOW
   CALIFORNIA REHABILITATION CENTER - NORCO
2  POST OFFICE BOX #3535
   NORCO, CALIFORNIA 92860-0991

3

4  UNITED STATE DISTRICT COURT

5  NORTHERN DISTRICT OF CALIFORNIA

6  _____

7

8  AARON JAMES PIERCE,

9  Plaintiff,

10  vs.                                CASE NO. _____ JF
                                        TO BE SUPPLIED BY THE CLERK
11                                                        (PR)
    MATTHEW MARTEL, et, al.,
12                                     REQUEST FOR NOTICE OF FILING
    Defendant(s).                      NEW 1983 COMPLAINT
13

14  _____

15    TO THE CLERK OF THE ABOVE ENTITLED COURT AND THE HONORABLE

16  JUDGE(S) THIS NEW CASE IS ASSIGNED TO WHICH I AM ATTEMPTING TO FILE

17  AT THE U.S. NORTHERN DISTRICT SAN FRANCISCO COURT BECAUSE HERE IN

18  NORCO, CALIFORNIA I AM NOT SURE IF THIS IS JURISDICTION FOR EITHER

19  THE U.S. CENTRAL OR U.S. EASTERN DISTRICT COURT AND BECAUSE OF

20  THAT I MAILED THIS NEW 42 U.S.C. §1983 TO THE ABOVE ENTITLED COURT.

21    SO IF I FILED OR BETTER SAID HAVE ATTEMPTED TO FILE IT IN THE WRONG

22  COURT I PRAY THE ABOVE HONORABLE COURT WILL TRANSFER IT TO THE

23  CORRECT COURT AND SERVE ME NOTICE IT DID SO, AND A CONFORMED

24  COPY OF THIS REQUEST FOR NOTICE OF FILING NEW 1983 COMPLAINT.

25    I DECLARE UNDER PENALTY OF PERJURY THAT ALL OF THE FOREGOING IS

26  TRUE AND CORRECT, EXECUTED ON 05-22-08 IN NORCO, CALIFORNIA.

27  05-22-08                          Aaron James Pierce
    (DATED)                           AARON JAMES PIERCE
28                                    PLAINTIFF'S SIGNATURE

ORIGINAL

UNITED STATES NORTHERN DISTRICT COURT

RE: AARON JAMES PIERCE V. MATTHEW MARTEL et al., (NO: _____)

**Proof of Service by Mail** (CCP § 1013(a) & 2015.5; 28 USC 1746)

1.

2.

3. I declare that: AARON JAMES PIERCE J55222/409, BUNK 34 LOW

4. I am a resident of the County of __RIVERSIDE__, California. I am

5. over the age of eighteen years. My residence address is:

6. CALIFORNIA REHABILITATION CENTER, POST OFFICE BOX #3535

7. NORCO, CALIFORNIA 92860-0991

8. On MAY 23, 2008 I served the attached (A) REQUEST FOR NOTICE OF FILING

9. NEW 1983 COMPLAINT (B) THIS REQUEST FOR CLERK TO SERVE ME A

10. CONFORMED COPY OF NEW COMPLAINT, ITS CASE NUMBER AND COPY OF THIS REQUEST FOR NOTICE OF FILING NEW 1983 COMPLAINT.

11. on the PARTIES LISTED HEREINAFTER in said case, by placing a true copy thereof enclosed

12. in a sealed envelope with postage thereon fully paid in the United States mail at CALIFORNIA

13. REHABILITATION CENTER AT 5TH AND WESTERN, NORCO, CALIF. 92860

14. addressed as follows CLERK OF THE COURT

15. UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

16. 450 GOLDEN GATE AVENUE POST OFFICE BOX #36060

17. SAN FRANCISCO, CALIFORNIA 94102

18.

19. I declare under penalty of perjury under the laws of the State of California that the foregoing is

20. true and correct, and that this declaration was executed on (date) MAY 23, 2008,

21. at CRC IN THE COUNTY OF RIVERSIDE, California.

22. Type or print name: AARON JAMES PIERCE

23. Signature: Aaron James Pierce

24.

25.

ORIGINAL

