# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
08 MAY 28 PM 2:52

Dear Sir or Madam:

Your action has been filed as a civil case number _____.

It appears that you have not attached a complaint ~~or petition~~ to your other pleadings JF    (PR)

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

Sincerely,
RICHARD W. WIEKING, Clerk

By _____
Deputy Clerk

NOTICE - NEW COMPLAINT
(~~IFP Application~~ / letter / exhibits / ~~motion~~ / no complaint ~~or petition~~)
(blank complaint form / ~~petition~~ attached)

Rev. 5/08

PIERCE