Ⓐ

FILED

JUN 1 1 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   AARON    JAMES    PIERCE  J55222-409/34C
    CALIFORNIA   REHABILITATION  CENTER-NORCO
2   POST       OFFICE       BOX     #3535
    NORCO,     CALIFORNIA    92860-0991
3

4   AARON           JAMES      PIERCE)
                               PLAINTIFF)     CASE NO: CV-08-2630 JF (PR)
5   MATTHEW  V. MARTEL (CRC WARDEN),et.al)    CASE NO: CV-08-2678 JF (PR)
6                    V.
    EDWARD  S. ALAMEIDA JR.,(WARDEN) et.al)    COVER LETTER TO THE
7                    DEFENDANTS)              ATTACHED DECLARATION

8

9       TO: CLERK  AND  HONORABLE  JEREMY FOGER, JUDGE.

10                                        THE REASON  I AM

11  INCLUDING THIS LETTER WITH MY ATTACHED DECLARATION AND COPY OF MY

12  TWENTY-FIVE PAGE SECOND AMENDED COMPLAINT THE COURT ACCIDENTLY

13  SENT ME TWO NOTICES FOR ME TO SERVE ABOVE ENTITLED COURT WITH A

14  SECOND IN FORMA PAUPERIS APPLICATION.

15      YOU SEE PAGE 09 TO 13 OF MY ATTACHED AND FILED ON 05-27-08

16  SECOND AMENDED COMPLAINT IS WHERE MY "PRISONER'S IN FORMA

17  PAUPERIS APPLICATION" IS, WHICH IS SIGNED BY PRISON STAFF ON

18  04-21-08. I MAY INCLUDE ANOTHER APPLICATION THAT WILL BE

19  SIGNED BY THE CRC FACILITY IV THIRD WATCH CUSTODY SERGEANT,

20  BECAUSE THAT INDIVIDUAL TOLD ME LAST NIGHT "TO SEE HIM TODAY"

21  SO HE CAN CONTACT TRUST OFFICE STAFF AND COMPLETE THE ONE

22  I RECEIVED FROM THE COURT LAST NIGHT, EVEN THOUGH I DO NOT

23  NEED TO SEND ONE BECAUSE THE ONE IN COMPLAINT (PAGES 09-13).

24      NOW IN CLOSING I WANT TO THANK YOU READERS FOR ALL

25  OF YOUR TIME IN REGARD TO THIS LETTER/DECLARATION AND EXHIBITS

26  WHICH I LOOK FORWARD TO RECEIVING THE COURT'S IMMEDIATE

27  RESPONSE TO.

                    SINCERELY YOURS,
28                  Aaron James Pierce
                    AARON JAMES PIERCE
                    PLAINTIFF AND WRITER

ORIGINAL

# FILED

1  AARON    JAMES    PIERCE   J-55222/409-34-L
   CALIFORNIA  REHABILITATION  CENTER ——— NORCO        JUN 11 2008
2  POST          OFFICE          BOX     #3535
   NORCO,        CALIFORNIA       92860 - 0991  RICHARD W. WIEKING
3                                                CLERK U.S. DISTRICT COURT
                                                 NORTHERN DISTRICT OF CALIFORNIA

4                    UNITED STATE DISTRICT COURT

5                   NORTHERN DISTRICT OF CALIFORNIA

6  _____

7

8  AARON        JAMES      PIERCE,

9       Plaintiff,

10      VS.                            CASE NO. CV 08  2630  JF  (PR), AND
                                                CV 08  2678  JF  (PR)
11
   MATTHEW    MARTEL    (WARDEN),     DECLARATION AND NOTICE THAT PLAINTIFF
12 SARY GROVER, M.D. (CRC — CMO),     ALREADY MAILED ABOVE ENTITLED COURT A
        Defendant(s).        et al,   PRISONER'S IN FORMA PAUPERIS APPLICATION
13                                    IN PAGES 09-15 OF ATTACHED 42 UCS § 1983
                                      HE MAILED COURT AND ATTORNEY GENERAL ON
14 _____ 05-18-08 AND IS NOW MAILING THE CLERK
                                      AND JEREMY FOGEL, JUDGE AGAIN WITH
15                                    THIS REQUEST FOR NOTICE OF FILING THIS
                                      ATTACHED COMPLAINT WITH A CONFORMED
                                      COPY OF IT AT MY PRESENT ADDRESS.
16

17      I, AARON JAMES PIERCE, PLAINTIFF IN PRO-SE JUST RECEIVED THE

18  ATTACHED NOTICE THAT ABOVE ENTITLED COURT HAS DISMISSED CASE

19  AND GIVEN ME THIRTY (30) DAYS TO SERVE COURT CLERK WITH AN

20  IN FORMA PAUPERIS, WHICH I HAVE ALREADY DONE ON MAY 18, 2008

21  WITH THE 42 U.S.C. § 1983 CIVIL RIGHTS COMPLAINT I AM NOW GOING

22  TO SEND COPY OF WITH THIS DECLARATION, SO MY CIVIL CASE IS NOW

23  FILED.

24      I, AARON JAMES PIERCE DECLARE UNDER PENALTY OF PERJURY THAT

25  ALL OF THE FOREGOING STATEMENTS ARE TRUE AND CORRECT, EXECUTED

26  ON THIS 03 DAY OF JUNE, 2008 IN THE COUNTY OF RIVERSIDE, CALIFORNIA.

27  06-03-08                    Aaron    James    Pierce
       (DATED)                  AARON    JAMES    PIERCE
28                              PLAINTIFF AND DECLARANT

1  AARON JAMES PIERCE JSS222/409-34   DATE: MAY 15, 2008
   CALIFORNIA REHABILITATION CENTER - NORCO
2  POST OFFICE BOX #3535
   NORCO, CALIFORNIA 92860-0991

3        UNITED STATES DISTRICT COURT

4    FOR THE NORTHERN DISTRICT OF CALIFORNIA

5  AARON JAMES PIERCE
                          PLAINTIFF,
6         V.                           CASE NO.! 03-4934 JF (PR)
7  MATTHEW MARTEL (CRC WARDEN)
   DOCTOR SARV GROVER, M.D. (CRC DEFENDANT)   COVER LETTER TO COURT IN
8                              (M.D.)          REGARD TO THE ATTACHED
                          DEFENDANT,          SECOND AMENDED COMPLAINT
9                                              AND, THIRD COMPLAINT AGAINST CRC
   DEAR CLERK, AND HONORABLE JUDGE(S),

10                                I WILL HAVE A LOT OF TROUBLE
11 NAMING EACH AND EVERY DOCTOR AT CTF/SOLEDAD, AND ADMINISTRATIVE
12 STAFF MEMBER WHO REFUSED TO OPERATE ON THE HERNIA THOSE CTF/
13 CDCR STAFF MEMBERS SAID I HAD AND THEN SAID "THEY WOULD NOT
14 OPERATE ON BECAUSE TO THOSE DOCTOR'S IT WAS NOT AN EMERGENCY"
15 BEFORE I WAS RELEASED AND PAROLE OFFICE (REGION II) LUCIA GALGANO,
16 (PA II, SUPERVISOR) REFUSED TO HELP ME WITH AN OPERATION, BEFORE I WAS
17 RETURNED TO CTF/SOLEDAD WHERE I WAS TOLD "I HAVE" AND "I DO NOT
18 HAVE HERNIA" BY SAME DOCTOR, AND THEN ADMIN STAFF HAVE ME
19 TRANSFERRED TO CCC-SUSANVILLE WITH BILATERAL HERNIAS FOR FIRE-
20 CAMP TRAINING, BECAUSE I DO NOT REMEMBER ALL OF THOSE CDCR/
21 CTF EMPLOYEES NAMES WHICH ARE LISTED IN MY COURT FILE, WHICH
22 I, AN INDIGENT CDCR INMATE CANNOT AFFORD TO BUY FROM COURT CLERK.
23     SO HOW CAN I NAME ALL THOSE PEOPLE WHO WORK FOR THE CDCR
24 PRISON WARDEN'S AND DIRECTOR I ALREADY NAMED AND WAS TOLD
25 BY 42 USC § 1983 INSTRUCTIONS ARE THE ONLY PEOPLE I NEED TO NAME?
26     I AM NOW SENDING YOU A NEW 1983 COMPLAINT AND THE SECOND
27 ONE YOU, YOUR HONOR INSTRUCTED ME TO FILE BECAUSE I, A MAN WHO
28 NEEDS THE APPOINTED ATTORNEY I ASKED FOR BECAUSE NOT ONLY AM I



1. AN UNEDUCATED IN LAW INDIVIDUAL WHO HAS BEEN BURDEENED
2. WITH THE TASK OF REPRESENTING MYSELF IN THE ABOVE
3. ENTITLED HONORABLE COURT, I AM ALSO A CDCR/AMERICAN'S
4. WITH DISABILITIES ACT INMATE WHO SUFFERS FROM ALL OF
5. THESE DISABILITIES THE CDCR REFUSES TO PROVIDE ME
6. WITH TREATMENT FOR; (A): POST TRAUMATIC ARTHRITIS IN
7. PELVIS (B): TYPES 'A', 'B' AND 'C' HEPATITIS (C): RIGHT BRAIN
8. LOBE DAMAGE FROM 01-20-94 MOTORCYCLE ACCIDENT (PLEASE
9. SEE ATTACHED MEDICAL REPORTS) (D): DENTAL PROBLEMS
10. (PURSUANT TO N.D. CALIFORNIA CASE: PEREZ V. TILTON) (E): DRUG
11. ADDICTION, AND ALL OF THESE FIVE DISABILITIES ARE U.S.
12. DOJ DISABILITIES.
13. SO WITH ALL OF THESE DISABILITIES, ESPECIALLY (#C) I DO
14. NOT UNDERSTAND WHY OR HOW THE ABOVE ENTITLED COURT
15. COULD (#1): REFUSE MY REQUEST FOR AN APPOINTED ATTORNEY
16. AND NOW (#2): BURDEN ME AN INDIGENT PRO-SE CDCR/
17. INMATE WITH THE BASICALLY IMPOSSIBLE BURDEN OF NAMING
18. EVERY CDCR OFFICIAL WHO IN SOME CASES DID NOT EVEN GIVE
19. ME THEIR NAMES AS DEFENDANT'S WITHIN THIRTY (30) DAYS
20. WHEN CDCR WILL TAKE LONGER AND I MEAN MUCH LONGER
21. THAN THIRTY (30) DAYS TO PROVIDE ME WITH COPIES OF MY
22. MEDICAL AND CUSTODY DOCUMENTS FROM OTHER PRISON FILES.
23. SO IF COURT REFUSES TO FILE MY AMENDED COMPLAINT
24. THE WAY I HAVE WRITTEN IT I WILL NEED THE COURT TO
25. SEND ME MY COURT FILE SO I CAN APPEAL IN 9TH CIRCUIT COURT.
26. NOW IN CLOSING I HOPE YOU WILL CONSIDER MY NEEDS
27. (MEDICAL) WHICH CDCR CARES NOTHING ABOUT.
28. SINCERELY
    Aaron James Frew

1    <u>COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983</u>

2

3    Name PIERCE          AARON          J.

4         (Last)              (First)              (Initial)

5    Prisoner Number  J-55222 / 409-34 Low

6    Institutional Address  CALIFORNIA REHABILITATION CENTER, P.O.

7    BOX #3535, NORCO, CALIFORNIA 92860-0991

8    ══════════════════════════════════════════════

9                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
10

11   AARON        JAMES       PIERCE            )
     (Enter the full name of plaintiff in this action.)   )
                                               )
12              vs.                            )    Case No. 03-4934 JF (PR)
                                               )    (To be provided by the clerk of court)
13   JEANNE S. WOODFORD        et. al.         )
     WARDEN JIM HAMLET (CTF WARDEN),           )    COMPLAINT UNDER THE
14   LUCIA GALGANO (PATT) PSCSO SUPERVISOR     )    CIVIL RIGHTS ACT,
     DR. N. LUCA, M.D. CTF/SOLEDAD DOCTOR      )    42 U.S.C §§ 1983
15   DR. ROBERTSON, M.D. CTF/SOLEDAD DOCTOR    )
     D.R. SINHA M.D. CTF/SOLEDAD DOCTOR        )    SECOND AMENDED
16   DR GREWAL, M.D. CTF/SOLEDAD DOCTOR        )    COMPLAINT
     (Enter the full name of the defendant(s) in this action)  )
17

18   *[All questions on this complaint form must be answered in order for your action to proceed..]*

19   I.    Exhaustion of Administrative Remedies

20         [**Note:** You must exhaust your administrative remedies before your claim can go

21         forward.  The court will dismiss any unexhausted claims.]

22         A.    Place of present confinement CALIFORNIA REHABILITATION CENTER

23         B.    Is there a grievance procedure in this institution?

24               YES (X)      NO ( )

25         C.    Did you present the facts in your complaint for review through the grievance

26         procedure?

27               YES (X)      NO ( )

28         D.    If your answer is YES, list the appeal number and the date and result of the appeal at

     COMPLAINT                        - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal NO INFORMAL LEVEL TO CDC 1824 ADA FORMS AND NO CHANGE OCCURED IN REGARD TO HERNIA OPERATION DATE BEING SCHEDULED.

2. First formal level PARTICIALLY GRANTED

3. Second formal level GRANTED IN PART WITH NO CHANGE IN TREATMENT OR THERAPY WHICH ALSO MEANS DENIED IN A BIGGER PART

4. Third formal level DENIED

E.   Is the last level to which you appealed the highest level of appeal available to you?

YES (X)    NO ( )

F.   If you did not present your claim for review through the grievance procedure, explain

why. N/A

II.   . Parties

A.   Write your name and your present address. Do the same for additional plaintiffs, if any.

AARON JAMES PEARCE -T55222/ 409-34L CALIF. REHAB CENTER  P.O. Box #3535 NORCO, CALIFORNIA  92860-0991

B.   Write the full name of each defendant, his or her official position, and his or her place of employment.

JEANNE WOODFORD (CDCR DIRECTOR) JIM HAMLET (CTF WARDEN) LUCIA GALGANO (CDCR REGION II PAROLE OFFICE OF VENTURA COUNTY SUPERVISOR

COMPLAINT                        - 2 -

1   DOCTOR N. LUCA, M.D. (CTF PRISON DOCTOR), DOCTOR CLIVE
2   ROBERTSON, M.D. (CTF PRISON DOCTOR) DOCTOR SINNA MD (CTF
3   PRISON DOCTOR) DOCTOR INDERJIT GREWAL MD (CTF PRISON DOCTOR)

4   III.    Statement of Claim

5          State here as briefly as possible the facts of your case. Be sure to describe how each
6   defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any
7   cases or statutes. If you have more than one claim, each claim should be set forth in a separate
8   numbered paragraph.

9   ① CDCR DIRECTOR JEANNE WOODFORD AND CTF PRISON WARDEN JIM HAMLET'S
10  MEDICAL AND ADMINISTRATIVE STAFF REFUSED TO SCHEDULE ME FOR
11  BILATERAL INGUINAL HERNIA OPERATION AFTER MY 2001 PRISON JOB
12  INJURY THAT CAUSED HERNIA AND THEIR STAFF DID NOT ANSWER
13  THE FINAL FORMAL 602 APPEALS I MAILED IN 2001/2002.
14  ② REG II PATTI LUCIA GALGANO REFUSED TO HELP ME WITH OPERATION IN
15  2002 WHEN SHE SAID "MY HERNIA WAS PRISON PROBLEM NOT PAROLES PROBLEM"
16  ③ DR. N. LUCA M.D. STATED ON RECORD "I HAVE HERNIA" "I DON'T HAVE HERNIA"
17  AND HAD ME A MAN WITH MULTIPLE OTHER DISABILITIES TRANSFERRED TO
18  FIRE CAMP TRAINING. ④ DR. CLIVE ROBERTSON MD STATED "I HAVE HERNIA
19  WHICH DOES NOT NEED TO BE OPERATED ON ⑤ DR. SINNA MD STATED "I
20  HAD HERNIA AND ARTHRITIS" BUT MADE NO ORDER FOR OPERATION? THERAPY
21  ⑥ DR. GREWAL SAID I AN ADA INMATE WITH HERNIA AND ARTHRITIS WAS NOT
    AN AMERICANS WITH DISABILITIES ACT INMATE WHICH CAUSED ME HARM!
22  IV.     Relief

23          Your complaint cannot go forward unless you request specific relief. State briefly exactly what
24  you want the court to do for you. Make no legal arguments; cite no cases or statutes.

25  ① COURT TO ORDER CALIFORNIA DEPARTMENT OF CORRECTIONS
26  AND REHABILITATION TO PAY ME ONE MILLION -FIVE HUNDRED
27  THOUSAND DOLLARS ② ORDER CDCR DIRECTOR TO PROVIDE ME
28  WITH PHYSICAL THERAPY REGARDING ARTHRITIS AND HEPATITIS

COMPLAINT

1   BY A VENTURA COUNTY COMMUNITY DOCTORS OFFICE AFTER

2   MY JULY 10, 2008 RELEASE DATE, AND BY CRC PRISON

3   MEDICAL DEPARTMENT UNTIL MY 07/10/08 RELEASE DATE

4   I declare under penalty of perjury that the foregoing is true and correct.

5

6   Signed this ___18___ day of __MAY_____, 20 _08_

7

8                    _Aaron  James  Pierce_

9                    (Plaintiff's signature)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                          - 4 -

1  AARON JAMES PIERCE, J-55222/409-34 LOW
   CALIFORNIA REHABILITATION CENTER — NORCO
2  POST OFFICE BOX        #3535
   NORCO,      CALIFORNIA    92860 - 0991

3

4                UNITED STATE DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6  _____

7

8  AARON        JAMES      PIERCE,

9        Plaintiff,

10       vs.                    CASE NUMBER: C-03-04934 JF

11

12 EDWARD S. ALAMEIDA JR, et.al.    DECLARATION OF PLAINTIFF IN
                                    REGARD TO ATTACHED RESPONSE
        Defendant(s).              FROM DIRECTOR OF CORRECTIONS
13                                 FOR AN EMERGENCY CDCR 602

14 _____

15    I, AARON JAMES PIERCE, PLAINTIFF IN PRO-SE, DECLARE UNDER THE
   PENALTY OF PERJURY THAT THE FOLLOWING STATEMENTS ARE ALL TRUE AND
16 CORRECT,
   RE:
17 (#1) REGARDING ARGUMENT I AM IN CONSTANT PAIN AND DR. DIANA BUI, M.D.
   ORDERED I RECEIVE PHYSICAL THERAPY FOR PELVIS WHERE I SUFFER
18 FROM ARTHRITIS AND A BLOOD TEST REGARDING MY REQUEST I MADE
   FOR INTERFERON AND NURSES STATE MEDICAL DEPT. IS TOO BUSY TO
19 PROVIDE ME WITH PHYSICAL THERAPY REGARDING MY PELVIS, AND
   I DID GIVE A BLOOD TEST REGARDING MY LIVER BUT NO INTERFERON HAS
   BEEN PRESCRIBED TO ME AND I DOUBT IF ANY WILL BY CDCR DOCTOR'S
20 (#2) DR. DIANA BUI, M.D. ORDERED I RECEIVE PHYSICAL THERAPY BUT
   I HAVE BEEN TOLD BY NURSES HERE AT CRC-II THAT IT WILL NOT
21 HAPPEN AND THAT IS THE PHYSICAL THERAPY I NEED.
   (#3) THE REASON I DISAGREE WITH MEDICATION AND TREATMENTS IS MEDICATION
22 IS NOT STRONG ENOUGH AND I AM NOT RECEIVING TREATMENT I NEED.
   (#4) REGARDING CDCR REJECTING TO FILE MY ADA 1824 I AM SIMPLY ASKING FOR
   PHYSICAL THERAPY AND INTERFERON THAT OTHER CDCR INMATE'S GET,
23 SO IT WAS ILLEGAL FOR CDCR TO REJECT MY ADA CLAIMS IN THAT 1824
   ADA REQUEST BECAUSE I AM A CDCR ADA INMATE.
24 (#5) I HAVE HAD HEPATITIS 'C' SINCE 1989 CDCR KNOWS THAT BUT CDCR STAFF
   NEVER DO MORE THAN TAKE BLOOD TEST WHEN I AM TOLD BY OUTSIDE
   OF PRISON DOCTOR TO ASK FOR A LIVER BIOPSY AND I HAVE BUT HAVE NEVER
25 RECEIVED ONE
   (#6) I MAY HAVE BEEN REFERRED FOR PT REGARDING HCV TREATMENTS BUT I'VE
   NOT RECEIVED PT FOR ANYTHING.
26 (#7) I DO NOT AGREE WITH CDCR/CRC DOCTORS AND NURSES BECAUSE THEY ARE
   NOT DOING ANYTHING AT ALL FOR MY MEDICAL NEEDS.
27    I DECLARE UNDER PENALTY OF PERJURY THAT ALL OF THE FOREGOING IS
   TRUE AND CORRECT. EXECUTED ON 05-14-08 IN NORCO, CALIFORNIA,
28 05-14-08                Aaron James Pierce

ORIGINAL  COPY OF:

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

**DIRECTOR'S LEVEL APPEAL DECISION**

Date:  **MAY 0 5 2008**

In re:   Aaron Pierce, J55222
California Rehabilitation Center
P.O. Box 1841
Norco, CA 92860-0991

IAB Case No.: 0723689        Local Log No.: CRC-08-00156

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner B. Sullivan, Staff Services Manager I. All submitted documentation and supporting arguments of the parties have been considered.

I   **APPELLANT'S ARGUMENT:**   It is the appellant's position that he is in severe pain and his pain medications are not working. He also states he needs Physical Therapy (PT). He asks for pain medication that works, PT regarding his arthritis, and proper treatment for his Hepatitis "C" Virus (HCV).

II   **SECOND LEVEL'S DECISION:**   The reviewer found that on February 2, 2008, the appellant was seen by Dr. Bui. His medications were reviewed and adjusted. On Marcy 18, 2008, Dr. Bui discussed the risks and benefits of the appellant's current medications including the appellant's request for Interferon Therapy. It was determined that further monitoring is warranted before therapy will be considered. Dr. Bui completed a referral for PT. The appellant's request for Interferon is pending based upon further evaluation. The appeal is granted in part at the Second Level of Review.

III   **DIRECTOR'S LEVEL DECISION:**   Appeal is denied.

**A.  FINDINGS:** This appeal at the Director's Level of Review (DLR) has been reclassified as a medical appeal. The appellant is requesting pain medications, PT, and HCV treatments. He disagrees with his current treatment. An Americans with Disabilities Act (ADA) appeal must involve a request for access or participation in a program, service, or activity where the inmate claims that access or participation is impaired or limited due to a disability; thus the request for reasonable modification or accommodation. These appeal issues do not meet the requirements to be filed as an ADA appeal.

At the DLR the appellant states that he has not received PT yet and he has had HCV for over two decades with no Interferon treatments. He believes the California Rehabilitation Center (CRC) is completely ignoring his medical needs.

The appellant has been referred for PT and for additional monitoring regarding his HCV treatments. His medications have been explained and discussed with him. From all information included in this appeal, it is evident the appellant's medical needs are being addressed at CRC. While the appellant might disagree with the medical opinions of the doctors and specialists at CRC who have examined him and reviewed his Unit Health Record, he must realize that the California Code of Regulations, Title 15, Section (CCR) 3354 establishes that only qualified medical staff shall be permitted to diagnose illness and prescribe medication and medical treatment for inmates. After considering the evidence and arguments herein, it has been determined that staff acted appropriately on the appellant's request.

**B.  BASIS FOR THE DECISION:**
CCR: 3350, 3354

**C.  ORDER:**  No changes or modifications are required by the Institution.




IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

AARON  JAMES  PIERCE                          )
                                              )
                  Plaintiff,                  )     CASE NO.
                                              )
        v.                                    )     PRISONER'S
                                              )     IN FORMA PAUPERIS
MATTHEW MARTEL (WARDEN)et.al.,)                     APPLICATION
                  Defendant.                  )
                                              )

    I, _AARON  JAMES  PIERCE_, declare under penalty of
perjury that I am the plaintiff in the above entitled case and
that the information I offer throughout this application is true
and correct.  I offer this application in support of my request
to proceed without being required to prepay the full amount of
fees, costs or give security.  I state that because of my poverty
I am unable to pay the costs of this action or give security, and
that I believe that I am entitled to relief.

In support of this application, I provide the following
information:

1.    Are you presently employed?    Yes _____  No  X

If your answer is "yes," state both your gross and net salary or
wages per month, and give the name and address of your employer:

Gross: _____N/A_____              Net: _____N/A_____

Employer: _____N/A_____

If the answer is "no," state the date of last employment and the
amount of the gross and net salary and wages per month which you
received.  (If you are imprisoned, specify the last place of
employment prior to imprisonment.)

_MARCH, 2006 AT T&H COMPRESSOR REPAIR FOR ONE MONTH WHERE_

_I WAS PAID $15.00 PER HOUR IN VENTURA, CALIFORNIA_

rev. 11/97                        2

COPY OF:
ORIGINAL

2.  Have you received, within the past twelve (12) months, any money from any of the following sources:

    a.  Business, Profession or self employment      Yes _____ No ✗

    b.  Income from stocks, bonds, or royalties?      Yes _____ No ✗

    c.  Rent payments?      Yes _____ No ✗

    d.  Pensions, annuities, or life insurance payments?      Yes _____ No ✗

    e.  Federal or State welfare payments, Social Security or other government source?      Yes _____ No ✗

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

_____ N/A _____

_____

3.  Are you married?   Yes _____ No ✗

Spouse's Full Name: _____ N/A _____

Spouse's Place of Employment: _N/A_

Spouse's Monthly Salary, Wages or Income:

Gross $_____"_____"_____ Net $__"_____"_____

4.  a.  List amount you contribute to your spouse's support:

$ _____ NO SPOUSE _____

    b.  List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support:

_____ NONE _____

_____

5.  Do you own or are you buying a home?   Yes _____ No ✗

Estimated Market Value: $___0___ Amount of Mortgage: $__0__

6.  Do you own an automobile?   Yes _____ No ✗

Make _N/A_____ Year _N/A___ Model _N/A_

Is it financed? Yes _____ No _0_ If so, Total due: $ _0_

Monthly Payment: $ _0_

rev. 11/97

3 [COPY OF: ORIGINAL]

7.   Do you have a bank account?  (If you are a prisoner, include funds in your prison account, and provide the certificate attached, signed by an officer of the prison.)

Yes __X__  No _____

Name(s) and address(es) of bank: MIDSTATE BANK AND TRUST

304 EAST MAIN STREET, VENTURA, CALIFORNIA  93001

Present balance(s):  $ 56.00

Do you own any cash?  Yes _____  No _X_  Amount:  $ -0-

Do you have any other assets?  (If "yes," provide a description of each asset and its estimated market value.)    Yes _____  No _X_

_____  ''   _____  ''

8.   What are your monthly expenses?

Rent:  $ -0-  Utilities:  -0-

Food:  $ -0-  Clothing:  -0-

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed On This Account |
|---|---|---|
| -0- | $ -0- | $ -0- |
| -0- | $ -0- | $ -0- |

9.   Do you have any other debts?  (List current obligations, indicating amounts and to whom they are payable.)

CHILD SUPPORT TO MY DAUGHTER AMANDA JADE PIERCE AND HER MOTHER

WHO LIVE OUT OF STATE SOMEWHERE (IDAHO?)

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

05-09-08
DATE

Aaron James Pierce
SIGNATURE OF APPLICANT

rev. 11/97        4


COPY OF ORIGINAL

AARON JAMES PIERCE
_____
Petitioner

HONORABLE EDWARD BRODIE, JUDGE
_____
Respondent(s)

**DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS**

I, AARON JAMES PIERCE _____, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?  ☐ Yes  ☒ No

   a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. _____N/A_____
   _____

   b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. 2005/2006 $2,400⁰⁰ A MONTH AT $15.00 PER HOUR

2. Have you received, within the past twelve months, any money from any of the following sources?
   a. Business, profession or form of self-employment?  ☐ Yes  ☒ No
   b. Rent payments, interest or dividends?  ☐ Yes  ☒ No
   c. Pensions, annuities or life insurance payments?  ☐ Yes  ☒ No
   d. Gifts or inheritances?  ☐ Yes  ☒ No
   e. Any other sources?  ☐ Yes  ☒ No

   If the answer to any of the above is yes, describe each source of money and state the amount received from each during the past twelve months: _____N/A_____
   _____
   _____

3. Do you own any cash, or do you have money in a checking or savings account? *(Include any funds in prison accounts)*
   ☒ Yes  ☐ No

   If the answer is yes, state the total value of the items owned: $50.00 IN CHECKING ACCOUNT AT MIDSTATE BANK, WHICH I HAVE NO ACCESS TO WHILE I AM NOW IN CUSTODY

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property? *(Excluding ordinary household furnishings and clothing)* ☐ Yes  ☒ No

   If the answer is yes, describe the property and state its approximate value: ___N/A___

   _____

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: ___NONE___

   _____

   _____

I, declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on ___04-17-08___     _Aaron James Pierce_
              Date                        Signature of Petitioner

## CERTIFICATE

I hereby certify that the Petitioner herein has the sum of $___0___ on account to his credit at the _California Rehabilitation Center_ institution where he is confined. I further certify that Petitioner likewise has the following securities to his credit according to the records of said institution: _California Rehabilitation Center_

_____

___4-21-08___          _Cindy Sinman_
   Date                    Authorized Officer of Institution/Title of Officer

_C. Ashron_

REPORT ID: TS3030 .701

REPORT DATE: 04/21/08
PAGE NO:        1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF. REHABILITATION CENTER
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU APR. 21, 2008

ACCOUNT NUMBER : J55222
ACCOUNT NAME   : PIERCE, AARON
PRIVILEGE GROUP: A

BED/CELL NUMBER: 4 0900000000034L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 03/07/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/7 | 0.92 |
| 03/07/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/7 | 0.75 |
| 03/07/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/7 | 0.75 |
| 03/07/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/7 | 0.41 |
| 03/07/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/7 | 2.16 |
| 03/07/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/7 | 1.65 |
| 03/07/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/7 | 0.75 |
| 03/07/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/7 | 0.34 |
| 03/07/2008 | H118 | LEGAL COPIES HOLD | LEGAL 3/7 | 1.48 |
| 03/13/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/13 | 2.50 |
| 03/13/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/13 | 0.41 |
| 03/13/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/13 | 0.58 |
| 03/13/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/13 | 0.75 |
| 03/13/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/13 | 0.41 |
| 03/13/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/13 | 0.58 |
| 03/13/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/13 | 0.41 |
| 03/13/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/13 | 0.41 |
| 03/13/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/13 | 0.41 |
| 03/25/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/13 | 0.41 |
| 03/25/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/25 | 1.31 |
| 03/27/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/25 | 0.58 |
| 04/02/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 3/27 | 1.48 |
| 04/02/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 4/02 | 1.65 |
| 04/02/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 4/02 | 0.75 |
| 04/02/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 4/02 | 2.16 |
| 04/03/2008 | H118 | LEGAL COPIES HOLD | LEGAL 4/02 | 1.65 |
| 04/08/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 4/03 | 2.20 |
| 04/08/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 4/08 | 0.92 |
| 04/16/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 4/08 | 1.31 |
| 04/16/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 4/16 | 0.97 |
| 04/16/2008 | H109 | LEGAL POSTAGE HOLD | LEGAL 4/16 | 0.41 |
| 04/17/2008 | H118 | LEGAL COPIES HOLD | LEGAL 4/16 | 1.99 |
|  |  |  | LEGAL 4/17 | 16.40 |

REPORT ID: TS3030 .701

REPORT DATE: 04/21/08
PAGE NO:      2

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF. REHABILITATION CENTER
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: NOV. 01, 2007 THRU APR  21, 2008

ACCT: J55222     ACCT NAME: PIERCE, AARON          ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 50.68 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 50.68- |

| DATE | TIME | |
|------|------|---|
| 4/22/03 (cont) | | S) ① S° ② q fiber in diet<br>② No ADA problem<br>+ identified on clinical exam<br><br>INDERJIT GREWAL, M.D.<br>STAFF PHYSICIAN & SURGEON<br>CTF-SOLEDAD |
| 5-1-03<br>9935 HRS | | S - C/o hernia, allergies<br>O - T-99° P-70 R 18 B/p 115/72<br>P- Refer to MD ————— P. Valdemino<br>S) (1) lump/hernia?<br>(2) I am eligible for medically unassig<br>pursuant to ADA when I can't lift more<br>than 10 lb per dr. order. There is no follow<br>O) not examined today<br>Discussed the case c Senior<br>MTA Ruth: - this is NOT a ADA case<br>- his hernia does not require medically<br>unassignment<br>- I will rescind prior phy limitation<br>e allow him to lift 35lb. This will<br>serve him e job<br>- Should recon the time N. Luce, M.D.<br>Plan: see order — N. Luce M Physician & Surgeon<br>CTF - Soledad |

| ISTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|------------|-----------|----------|-------------------------------------|
| TF-Central | CTF (C) | D-03L | PIERCE<br>J-55222 |

**PHYSICIAN'S PROGRESS NOTES**

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION**
**TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed) |
|---|---|---|---|
| 4/02/03 | | | ① D/C Motrin — |
| | | | ② Tylenol gr X — T ID — prn X 90 days |
| | | | ③ Fiberca II qd X 90 days |
| | | | *INDERJIT GREWAL, M.D. STAFF PHYSICIAN & SURGEON CTF - SOLEDAD* |
| 4/22/07 | | | Noted Lu/fox |
| 5/1/03 | | (1) | Rescind chrono 1/13/03 phy limitation |
| | | (2) | Grant a new chrono with phycol limitation allowed to lift 30 lb instead of 10 lb |
| | | | *N. Luca, M.D. Physician & Surgeon CTF - Soledad* |
| | | | Noted Lu/fox |

| DATE | TIME | |
|------|------|---|
| 2/27/03 | | CTF - Soledad |

Pt. feels he is eligible for ADA classification + needs M.D. eval. for same. S/O Post traumatic hip arthritis c̄ mobility limitations since 1994 T97 P 68 R 16 BP 132/76 w/ 192

Please assess + decide whether I/M is ADA qualified. Thanks

J Anderson RN

This I/M claims he got a hernia 11 yrs ago, and claims post traumatic osteoarthritis. Also wants cold

He has a minimal (R) inguinal bulge
(? small reducible 3 mm R IH)
Gait normal. Clearly normal ROM

Clearly this is not an ADA issue
Surgery is not indicated at this time.
Asymptomatic R.

_____
ALFRED ROBERTS, M.D.
STAFF PHYSICIAN & SURGEON
CTF - SOLEDAD

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-------------------------------------|
| CTF | | | Pierce Y 55222 |

**PHYSICIAN'S PROGRESS NOTES**

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION**
**TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 8-24-91 | | | Hernia Belt Size 36 |
| | | | M. Dayal |
| | | | N. DAYALAN, M.D. STAFF PHYSICIAN & SURGEON CTF - SOLEDAD |
| | | | noTED 430 P null noTed |
| | | | |
| 11-26-0? | | | 1) Tylenol, II T I Ø QRN × 90d. |
| | | | 2) Chrono — Due to Inguinal Hernia and Post Traumatic Arthritis of both hips, please limit I M Pierce's job as: |
| | | | - No lifting over 20 lb. |
| | | | - No stooping or repetitive back bending. Duration: 6 mo. |
| | | | 3) lower bunk + tier chrono × 12 mo. |
| | | | C. SINNA? MD |
| | | | |

ALLERGIES: NKDA            INSTITUTION CTF-S            ROOM/WING: C225 Z/76↓

CDC NUMBER, NAME (LAST, FIRST, MI) C124

Pierce ?

Confidential client information See W & I Code, Sections 4514 and 5328

| DATE | TIME | |
|------|------|---|
| 2/15/00 | | Ad Reg |
| | 1000 | Reg. results of Hep tests given by letter |
| | | HCV Ab⊕    undet VL |
| | | HBC Ab⊕ |
| | | HBS Ag ⊖ |
| 3/13/2000 | | Emergency Sick Call     Stars |
| | BP 108 | 4° Chronic Pain Arthritis |
| | P46 | |
| | R16 | Wants pain meds for well documented |
| | T98.9 | chronic arthritis. Tweaker himself getting |
| | | of his X-6ed. |

1/212

INSTITUTION  CMC-West     PHYSICIAN     ROOM NO  DR-124

CDC NUMBER, NAME (LAST, FIRST, MI)
J- 55222
PIERCE, AARON
11/25/58  M WHI

PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)
STATE OF CALIFORNIA      EXHIBIT      DEPARTMENT OF CORRECTIONS

| DATE | TIME |
|------|------|

10/28/99

INMATE NAME:        PIERCE        J55222

**SUBJECTIVE:**
This patient is a 35-year-old male status post motor vehicle accident in 1994. Patient fractured both hips. He is requesting pain medication. Patient also has a history of hepatitis B and hepatitis C.

**OBJECTIVE:**
Patient in no acute distress, alert and oriented. There is positive scars on both hips. Gate is normal. Good range of motion.

**ASSESSMENT:**
1. Status post fracture of both hips.
2. History of hepatitis B and C.

**PLAN:**
1. Naprosyn 500 mg., p.o. b.i.d., with food, #60.
2. Once patient is in mainline, he needs to follow-up regarding his hepatitis B and C.
3. Liver tests was done and found to be normal.

Anil Gupta, M.D.
Physician/Surgeon
dd:    10/28/99
dt:    11/17/99  ca
Job:   B clinic

A. Gupta M.D.
Physician / Surgeon

| INSTITUTION | PHYSICIAN | ROOM NO. | CDC NUMBER, NAME (LAST, FIRST, MI) |
|-------------|-----------|----------|-------------------------------------|
|  | WSP |  |  |

PIERCE
J55222

# PHYSICIAN'S PROGRESS NOTES

CDC 7230 (7/90)
STATE OF CALIFORNIA



DEPARTMENT OF CORRECTIONS

**KERN RADIOLOGY MEDICAL GROUP, INC.**
2301 Bahamas Drive
Bakersfield, CA 93309
Telephone 324-7000
Fax 322-6911

WASCO STATE PRISON

PATIENT:  PIERCE          DOB:                CDC#  N-57816
   DOA:                   HOUSING UNIT:  C-

BOTH HIPS:  3/22/95

INDICATION:  Old accident.

AP and frogleg views of both hips were obtained.  The hip joints are well
maintained.  No fracture or dislocation is identified.  There is diastasis of
the symphysis pubis with several bone fragments in the soft tissues.  There are
exostoses involving the anterior superior iliac spine on the right and the left
iliac crest.  These findings are presumably post traumatic in origin.

IMPRESSION: Normal examination of both hips.  Post traumatic residuals involving
the symphysis pubis and both innominate bones as noted.

JERRY ROSEN, M.D.              D3/22/95   T3/23/95/lmj
Referring Physician:  Sulman


EXHIBIT

DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA

DR. *TABO*
DOB. *11-26-64*
HOUSING *HOSP*

HOSPITAL OF
CALIFORNIA INSTITUTION FOR MEN
CHINO, CALIFORNIA

**Radiology Report**

NAME **PIERCE AARON** — NO. **N-57816** — DATE **9-23-94**

X-RAY OF **CT SCAN OF HEAD**

History

NON-CONTRAST CT SCAN OF THE HEAD: Utilizing a Siemens DRHH Ct scanner, scans were obtained through the head without contrast, for a total of 19 axial images with bone windows also presented for dictation.

FINDINGS: No fractures seen. I see no midline shift. I see no subdural or epidural collection of fluid. There is prominence to the temporal horn of the lateral ventricle on the right. This could be due to some atrophy secondary to previous trauma. I see no acute changes.

IMPRESSION: I see no active disease.

JPW:gk
DXT: 9-26-94

J. W. Warren, M.D.

NAME **PIERCE, AARON** — NO. **N-57816** — DATE **9-12-94**

X-RAY OF **CHEST**

History **PSYCH D/O**

CHEST: Negative

J. E. Warren, M.D.


EXHIBIT

DATE OF CONSULTATION:                    1/20/94

REQUESTING:

HISTORY:
This patient is a 27-year-old male who was brought in by ambulance
after a motorcycle accident versus automobile.  The patient was
noted to have landed approximately 70 feet away from the accident
against the curb.   The patient was brought to the Emergency
Department, where he was noted to be combative, moving all four
extremities, with responsiveness to pain but not following
commands.  He was intubated and hyperventilated and paralyzed.  He
underwent CT of the brain, neck and abdomen.  The patient was then
brought back to the Emergency Department, where consultation by
myself was requested.

PHYSICAL EXAMINATION:
On exam, the patient at this time is sedated and partially
paralyzed.  The pupils are equal and reactive.  They were noted at
one time to be unequal, with his left being 4 mm and his right
being 2 mm.  Now they are closer in size, with 3 mm on the left and
2 mm on the right.

He is grossly moving to deep pain all four extremities.  The
patient has a pelvic fracture which has limitations to his
movement.  On deep tendon reflexes, reflexes are symmetrical.  Toes
are downgoing on the right and slight upgoing on the left.  Cranial
nerves other than above were noted to be grossly intact.  Face is
symmetrical.  However, incomplete study only could be done since
the patient was partially paralyzed and intubated.

ASSESSMENT AND PLAN:
This patient is Glasgow 5 at this point with increasing neurologic
status.  CT demonstrates a contusion in the left cerebellar region,
as well as subarachnoid blood in the right parietal region and
small temporal contusion in the right side as well.  Given the
patient's slowly improving status and alcohol on board, the
recommendation will be for ICU admission and frequent neurologic
checks to follow his neurologic status.  If the patient does not
continue to improve to at least a GCS of 7 or 8, an ICP monitor
will need to be placed.

JMH:ase/bn
DD:   1/25/94 1238
DT:   1/26/94
Doc. #C026BN03.VCM
      [27543]                         JAY M. HERMAN, M.D.

---

VENTURA COUNTY MEDICAL CENTER          PT:   PIERCE, AARON
                                       MR#:  48-64-42

UNITED STATES NORTHERN DISTRICT COURT
CASE NAME AND NUMBER:
AARON JAMES PIERCE V. JEANNE WOODFORD, et, al, (CASE NO. 08-4934 JF (PR))

**Proof of Service by Mail** (CCP § 1013(a) & 2015.5; 28 USC 1746)

I declare that: I, AARON JAMES PIERCE, J-55222 — DORM 409 - BUNK 34 LOW

I am a resident of the County of ___RIVERSIDE___, California. I am

over the age of eighteen years. My residence address is:

CALIFORNIA REHABILITATION CENTER - NORCO, POST OFFICE BOX

#3535, NORCO, CALIFORNIA 92860-0991

On 05 — 18 — 08 I served the attached (A) COVER LETTER TO COURT IN

REGARD TO THE ATTACHED SECOND AMENDED COMPLAINT AND THIRD COMPLAINT

AGAINST CRC (B) COMPLAINT UNDER THE CIVIL RIGHTS ACT 42 USC §§ 1983 (C)

PRISONER'S INFORMA PAUPERIS APPLICATION (D) DECLARATION IN SUPPORT OF

REQUEST TO PROCEED IN FORMA PAUPERIS (E) NINE PAGES OF CDCR-MEDICAL DOCUMENTS AS

EXHIBITS (F) ADDRESSED ENVELOPE AND THIS REQUEST FOR CLERK TO MAIL ME A CONFORMED COPY

on the PARTIES NOW LISTED HEREINAFTER in said case, by placing a true copy thereof enclosed

in a sealed envelope with postage thereon fully paid in the United States mail at CALIFORNIA

REHABILITATION CENTER, P.O.B. #3535, NORCO, CALIFORNIA 92860-0991

addressed as follows _____ CLERK OF THE COURT
                    UNITED STATES DISTRICT COURT
CONSTANCE PICCIANO      NORTHERN DISTRICT OF CALIFORNIA
ATTORNEY GENERAL'S OFFICE      280 SOUTH FIRST STREET   2112
1300 I STREET STE 1101      SAN JOSE, CALIFORNIA 95113-3095
SACRAMENTO, CALIFORNIA
         94244-2550      ATTN: HONORABLE JEREMY FOGEL JUDGE

I declare under penalty of perjury under the laws of the State of California that the foregoing is

true and correct, and that this declaration was executed on (date) MAY 8, 2008,

at CRC IN THE COUNTY OF RIVERSIDE, California.

Type or print name: AARON JAMES PIERCE

Signature: Aaron James Pierce

EXHIBIT

COPY

EXHIBIT        COPY

Ⓒ

UNITED STATES NORTHERN DISTRICT COURT

1 **Proof of Service by Mail** (CCP § 1013(a) & 2015.5; 28 USC 1746)

2 REGARDING: PIERCE VERSES MARTEL, CASE NUMBERS: CV-08-2630 JF (PR)
CV-08-2678 JF (PR)

3 I declare that: REGARDING ME, AARON JAMES PIERCE J55222 - 409 - 34 COW

4 I am a resident of the County of _____RIVERSIDE_____, California. I am

5 over the age of eighteen years.  My residence address is:

6 CALIFORNIA REHABILITATION CENTER - II , FACILITY IV, DORM 409 BUNK #34-COW

7 POST OFFICE BOX #3535, NORCO, CALIFORNIA 92860-0991.

8 On JUNE 04, 2008     I served the attached Ⓐ COVER LETTER TO THE ATTACHED
DECLARATION Ⓑ DECLARATION AND NOTICE THAT PLAINTIFF ALREADY MAILED
9 ABOVE ENTITLED COURT A PRISONER'S IN FORMA PAUPERS APPLICATION IN
PAGES 09-15 OF ATTACHED 42 U.S.C § 1983 HE MAILED COURT AND ATTORNEY
GENERAL ON 05-18-08 AND IS NOW MAILING THE CLERK AND JEREMY FOGEL JUDGE
10 AGAIN WITH THIS REQUEST FOR NOTICE OF FILING THIS ATTACHED COMPLAINT WITH A
CONFORMED COPY OF IT AT MY PRESENT ADDRESS Ⓒ AN ADDRESSED ENVELOPE

11 on the PARTIES NOW LISTED BELOW     in said case, by placing a true copy thereof enclosed

12 in a sealed envelope with postage thereon fully paid in the United States mail at CALIFORNIA

13 REHABILITATION CENTER ON 5TH AND WESTERN IN NORCO, CALIFORNIA 92860.

14 addressed as follows _____ ②
                                    CLERK OF THE COURT
                                    UNITED STATES DISTRICT COURT
15 ①
   CONSTANCE        PICCIANO        NORTHERN DISTRICT OF CALIFORNIA
   ATTORNEY GENERAL'S OFFICE       280  SOUTH  FIRST  STREET,  2112
16 1300 "I" STREET STE 1101        SAN JOSE, CALIFORNIA 95113-3095
   SACRAMENTO, CALIFORNIA
17                   94244-2550    ATTN: HONORABLE JEREMY FOGEL, JUDGE

18 _____

19 I declare under penalty of perjury under the laws of the State of California that the foregoing is

20 true and correct, and that this declaration was executed on (date) JUNE 04, 2008  ,

21 at CRC IN THE COUNTY OF RIVERSIDE , California.

22 Type or print name: AARON JAMES PIERCE

23 Signature: _____Aaron James Pierce_____

24

25

ORIGINAL

ATTN : HONORABLE    JEREMY    FOGEL    JUDGE

UNITED    STATES    DISTRICT    DISTRICT    COURT

NORTHEAN    SOUTH    FIRST    OF    CALIFORNIA

280    FIRST    STREET    112

SAN    JOSE,    CALIFORNIA    95113 — 3095

CLERK    OF    THE    COURT



MAIL GENERATED FROM
CA REHAB CENTER
CRC STATE PRISON



02 1M
0004222768    JUN
MAILED FROM ZIP COD

UNITED STATES POSTAGE
$ 0