```
1  AARON JAMES PIERCE J55222/409-34COW
   CALIFORNIA REHABILITATION CENTER – NORCO
2  POST        OFFICE        BOX        3535
   NORCO, CALIFORNIA         92860 – 0991
3
```

FILED
JUN 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

AARON JAMES PIERCE,
          Plaintiff,

vs.

MATTHEW MARTEL, et., al.,
SARV GROVER, M.O., et al.
          Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

JF

(PR)

I, AARON JAMES PIERCE, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.   Are you presently employed?   Yes ____   No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __0_____   Net: __0_____

Employer: _____N/A_____

_____N/A_____

ORIGINAL

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  2006 FOR T$H COMPRESSOR REPAIR AT $15.00 PER HOUR EQUALS
5  $600.00 PER WEEK AND $31,200.00 PER YEAR (NOT T AND H
6  COMPRESSOR IS LOCATED IN VENTURA CALIFORNIA
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                        Yes ___ No ✗
10           self employment
11      b.   Income from stocks, bonds,                     Yes ___ No ✗
12           or royalties?
13      c.   Rent payments?                                 Yes ___ No ✗
14      d.   Pensions, annuities, or                        Yes ___ No ✗
15           life insurance payments?
16      e.   Federal or State welfare payments,             Yes ___ No ✗
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21                                  N/A
22  _____
23  3.   Are you married?                                   Yes ___ No ✗
24  Spouse's Full Name: _____N/A_____
25  Spouse's Place of Employment: __N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $____0_____ Net $____0_____
28  4.   a.   List amount you contribute to your spouse's support:$ 0

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_NO ONE AT THIS TIME_

5. Do you own or are you buying a home?   Yes ___  No _X_
Estimated Market Value: $ _Ø_   Amount of Mortgage: $ _Ø_

6. Do you own an automobile?   Yes ___  No _X_
Make _Ø_   Year _Ø_   Model _Ø_
Is it financed? Yes _Ø_  No _Ø_  If so, Total due: $ _Ø_
Monthly Payment: $ _Ø_

7. Do you have a bank account? Yes _X_  No ___ (Do not include account numbers.)
Name(s) and address(es) of bank: _MIDSTATE BANK AND TRUST 309 EAST MAIN STREET, VENTURA, CALIFORNIA 93001_
Present balance(s): $ _56.00_
Do you own any cash? Yes ___ No _X_  Amount: $ _Ø_
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_
"  "

8. What are your monthly expenses?
Rent: $ _Ø_   Utilities: _Ø_
Food: $ _Ø_   Clothing: _Ø_
Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NONE | $ Ø | $ Ø |
| " " | $ " " | $ " " |
| " " | $ " " | $ " " |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

<u>$ OWE CHILD SUPPORT TO 16 YR OLD DAUGHTER AMANDA JADE</u>
<u>PIERCE (DOB=12-17-91) AND HER MOTHER STACEY SMITH (DOB 8-6-63)</u>

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes _X_ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

<u>            SAME COURT AND SAME REASON       </u>
<u>          (DIFFERENT CASE NUMBERS IS ALL)    </u>

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

<u>06-09-08</u>                          <u>Aaron James Pierce</u>
DATE                              SIGNATURE OF APPLICANT

Case Number: CV-08-2678 JF (PR),
CV-08-2630 JF (PR)

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __AARON JAMES PIERCE__ for the last six months
[prisoner name]
__CALIFORNIA REHABILITATION CENTER__ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ __0__ and the average balance in the prisoner's account each month for the most recent 6-month period was $ __0__.

Dated: 6/4/2008                     _____ Correctional Officer
                                    [Authorized officer of the institution]
                                    C/o Salgado, (Dorm 409, 3d Watch Officer)

UNITED STATES NORTHERN DISTRICT COURT

**Proof of Service by Mail** (CCP § 1013(a) & 2015.5; 28 USC 1746)

CASE NAME AND NO.: PIERCE V. MARTEL (CV-08-2630 JF (PR) AND CV-08-2678 JF (PR))

I declare that: RE: AARON JAMES PIERCE J55222-409-3YLOW

I am a resident of the County of RIVERSIDE, California. I am over the age of eighteen years. My residence address is:

CALIFORNIA REHABILITATION CENTER - NORCO P.O. BOX #3535, NORCO, CALIFORNIA 92860-0991.

On JUNE 07, 2008 I served the attached (A) PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS/CERTIFICATE OF FUNDS IN PRISONERS ACCOUNT (THAT WAS SIGNED BY CDCR/CRC FORM 409 THIRD WATCH OFFICER SAGADO) (B) THIS REQUEST FOR CLERK TO RETURN A CONFORMED COPY OF THIS DOCUMENT TO ME THROUGH U.S. MAIL AT MY ABOVE LISTED MAILING ADDRESS PLEASE. on the PARTIES NOW LISTED HEREINAFTER in said case, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully paid in the United States mail at CALIFORNIA REHABILITATION CENTER AT 5TH STREET AND WESTERN AVENUE, NORCO, CALIF. 92860 addressed as follows

CONSTANCE PICCIANO
ATTORNEY GENERAL'S OFFICE
1300 I STREET STE 1101
SACRAMENTO CALIFORNIA
94244-2550

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT
280 SOUTH FIRST STREET 2112
SAN JOSE, CALIFORNIA
95113-3095
ATTN: HONORABLE JEREMY FOGEL, JUDGE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on (date) JUNE 04, 2008, at CRC IN THE COUNTY OF RIVERSIDE, California.

Type or print name: AARON JAMES PIERCE

Signature: Aaron James Pierce

ORIGINAL