FILED

1   AARON  JAMES  PIERCE  J-55222/409 - 34 LOW
    CALIFORNIA  REHABILITATION  CENTER ——— NORCO
2   POST          OFFICE      BOX      #3535
    NORCO,        CALIFORNIA    92860 - 0991

2008 JUN 16 P 3: 29

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

3   NC

4   UNITED STATE DISTRICT COURT

5   NORTHERN DISTRICT OF CALIFORNIA

6   _____

7

8   AARON      JAMES      PIERCE,

9      Plaintiff,                          DATE: JUNE  12,  2008 .

10     vs.                                 CASE NUMBERS: CV 08 2630 JF (PR)
                                                        CV 08 2678 JF (PR)
11  MATTHEW    MARTEL,    et al,                        C 03  4934 JF (PR)
    DR. SARV GROVER, M.D.    et al,
12  JEANNE S. WOODFORD     et al.

13     Defendant(s).                       COVER LETTER TO PRISONER'S
                                           APPLICATION  TO  PROCEED
14  _____   IN FORMA    PAUPERIS

15     DEAR COURT CLERK, AND HONORABLE JEREMY FOGEL, (JUDGE),

16                                                       I   AM

17  NOW INCLUDING THIS COVER LETTER BECAUSE SINCE I MAILED MY LAST

18  IN FORMA PAUPERIS APPLICATION THAT WAS SIGNED BY CORRECTIONAL

19  OFFICER SALGADO I RECEIVED THIS ATTACHED ONE THAT IS SIGNED BY

20  INMATE TRUST OFFICE CINDY SAMANO.

21     I ALSO WANT TO INFORM BOTH OF YOU THAT MY RELEASE DATE

22  IS 07-10-08 SO I WILL SEND A NOTICE OF CHANGE OF ADDRESS TO

23  THE ABOVE ENTITLED COURT NEXT MONTH. PLEASE RETURN A CONFORMED

24  COPY OF THIS MATTER TO ME AT MY ABOVE LISTED MAILING ADDRESS.

25     THANK YOU FOR ALL OF YOUR TIME IN REGARD TO THIS MATTER

26                        SINCERELY     YOURS,

27                        Aaron   James   Pierce

28                        AARON      JAMES      PIERCE,
                          PLAINTIFF/WRITER'S SIGNATURE

ORIGINAL

01 OF 07

1  AARON  JAMES  PIERCE  J55222/409-34 LOW
2  CALIFORNIA  REHABILITATION  CENTER - NORCO
   POST          OFFICE        BOX        #3535
3  NORCO,         CALIFORNIA        92860 - 0991

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
9
                                          )
10  AARON        JAMES        PIERCE       )
                                          )
11                            Plaintiff,   )    CASE NO. CV 08 2678 JF (PR)
                                          )             CV-08 2630 JF (PR)
12        vs.                              )    PRISONER'S C-03-4934 JF (PR)
                                          )    **APPLICATION TO PROCEED**
13  MATTHEW  MARTEL,  et., al.,            )    **IN FORMA PAUPERIS**
    SARU  GROVER, M.D. et, al.,            )
14  JEANNE S WOODFORD  et al  Defendant.   )
                                          )
15  _____)

16        I, AARON  JAMES  PIERCE , declare, under penalty of perjury that I am the

17  plaintiff in the above entitled case and that the information I offer throughout this application

18  is true and correct.  I offer this application in support of my request to proceed without being

19  required to prepay the full amount of fees, costs or give security.  I state that because of my

20  poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21  entitled to relief.

22        In support of this application, I provide the following information:

23  1.    Are you presently employed?  Yes ____ No ✗

24  If your answer is "yes," state both your gross and net salary or wages per month, and give the

25  name and address of your employer:

26  Gross: _____0_____        Net: _0_____

27  Employer: __N/A_____

28  _____"_____"_____

( ORIGINAL )                    ( EXHIBIT )

( 02 OF 08 )

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  2006  FOR T&H COMPRESSOR REPAIR AT $15.00 PER HOUR EQUALS

5  $600.00 PER WEEK AND $31,200.00 PER YEAR (NOW T AND H

6  COMPRESSOR REPAIR IS LOCATED IN VENTURA, CALIFORNIA).

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9     a.    Business, Profession or              Yes ____ No _X_

10          self employment

11    b.    Income from stocks, bonds,           Yes ____ No _X_

12          or royalties?

13    c.    Rent payments?                        Yes ____ No _X_

14    d.    Pensions, annuities, or              Yes ____ No _X_

15          life insurance payments?

16    e.    Federal or State welfare payments,   Yes ____ No _X_

17          Social Security or other govern-

18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____N/A_____

22  _____"_____"_____

23  3.    Are you married?                        Yes ____ No _X_

24  Spouse's Full Name: _____N/A_____

25  Spouse's Place of Employment: _"_____"_____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $ _0_____    Net $ _0_____

28  4.    a.    List amount you contribute to your spouse's support:$ _0_____

ORIGINAL        EXHIBIT

08 OF 07

b.   List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____ NO ONE AT THIS TIME _____

_____ " _____ " _____

5.   Do you own or are you buying a home?        Yes ___ No _X_

Estimated Market Value: $ _0_____ Amount of Mortgage: $_____0_____

6.   Do you own an automobile?        Yes ___ No _X_

Make ___0_____ Year ___0_____ Model ___0_____

Is it financed? Yes _____ No _X___ If so, Total due: $ ___0_____

Monthly Payment: $ __0_____

7.   Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)

Name(s) and address(es) of bank: MIDSTATE BANK AND TRUST AT 304 EAST MAIN STREET, VENTURA, CALIFORNIA 93001

Present balance(s): $ 56 00

Do you own any cash? Yes ___ No _X_ Amount: $_0_

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No _X_

_____ " _____ " _____

8.   What are your monthly expenses?

Rent: $ _0_____ Utilities: _0_____

Food: $ _0_____ Clothing: _0_____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| NONE | $ 0 | $ 0 |
| "     " | $ "     " | $ "     " |
| "     " | $ "     " | $ "     " |

EXHIBIT

ORIGINAL

040F07

1  9.      Do you have any other debts?  (List current obligations, indicating amounts and to

2  whom they are payable.  Do not include account numbers.)

3  I OWE CHILD SUPPORT TO MY 16 YEAR OLD DAUGHTER AMANDA JANE

4  PIERCE (DOB=12-17-91) AND HER MOTHER STACEY D'ANNE SMITH (DOB 08/06/63)

5  10.      Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?    Yes ✗    No ___

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____ SAME COURT AND SAME REASONS _____

10 _____ (DIFFERENT CASE NUMBERS) _____

11      I consent to prison officials withdrawing from my trust account and paying to the court

12 the initial partial filing fee and all installment payments required by the court.

13      I declare under the penalty of perjury that the foregoing is true and correct and

14 understand that a false statement herein may result in the dismissal of my claims.

15

16 _06-12-08_                    _Aaron James Pierce_

17   DATE                           SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

PRIS. APP. TO PROC. IN FORMA PAUPERIS                -4-   ( EXHIBIT )

( ORIGINAL )                O 5 0 F 0 7

Case Number: CV 08 2678 JF (PR)
CV 08 2630 JF (PR)
C-03-04934 JF (PR)

## CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

AARON    JAMES    PIERCE    for the last six months at
[prisoner name]

CALIFORNIA    REHABILITATION CENTER    where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ∅ and the average balance in the prisoner's account each month for the most recent 6-month period was $ ∅ .

Dated: 5/23/08

_Rudy Sawao_
Authorized officer of the institution

rev. 11/97                           5

EXHIBIT

COPY

06 OF 07

UNITED STATES NORTHERN DISTRICT COURT

**Proof of Service by Mail** (CCP § 1013(a) & 2015.5; 28 USC 1746)

PIERCE V. WOODFORD et al (USNDC CASE NOS. C08-2678 & C08-2630 et al)
(C-08-04934 et al)

I declare that: IN REGARD TO ME AARON JAMES PIERCE J55222/409-34COW

I am a resident of the County of ___RIVERSIDE___, California. I am
over the age of eighteen years. My residence address is:

CALIFORNIA REHABILITATION CENTER-NORCO, P.O. BOX #3535

NORCO, CALIFORNIA 92860-0991.

On JUNE 12, 2008 I served the attached Ⓐ COVER LETTER TO PRISONER'S APPLICATION
TO PROCEED IN FORMA PAUPERIS Ⓑ APPLICATION TO PROCEED IN FORMA PAUPERIS
Ⓒ THIS REQUEST FOR CLERK TO MAIL ME BACK A CONFIRMED COPY OF THESE

on the PARTIES LISTED HEREINAFTER in said case, by placing a true copy thereof enclosed
in a sealed envelope with postage thereon fully paid in the United States mail at CALIFORNIA
REHABILITATION CENTER IN NORCO, CALIFORNIA 92860-0991
addressed as follows ___CLERK OF THE COURT___

UNITED STATES NORTHERN DISTRICT COURT
280 SOUTH FIRST STREET 2112
SAN JOSE, CALIFORNIA 9543 — 3095
ATTN: HONORABLE JEREMY FOGEL JUDGE

I declare under penalty of perjury under the laws of the State of California that the foregoing is
true and correct, and that this declaration was executed on (date) JUNE 12, 2008,
at CRC IN THE COUNTY OF RIVERSIDE, California.

Type or print name: AARON JAMES PIERCE

Signature: Aaron James Pierce

ORIGINAL

ORIGINAL

07 0F07

LEGAL MAIL

JAMES PIERCE J55222/409-34 LOW
CALIFORNIA REHABILITATION CENTER - NORCO
P.O. BOX #3535
CALIFORNIA 92860-0991

ATTN: HONORABLE JEREMY FOGEL, JUDGE

CLERK OF THE COURT
UNITED STATES NORTHERN DISTRICT COURT
280 SOUTH FIRST STREET    2112
SAN JOSE CALIFORNIA 95113 — 3095

CONFIDENTIAL

MAILED FROM ZIP CODE 92860
000422768
JUN13 2008
02 1M
$01.340
UNITED STATES POSTAGE
PITNEY BOWES

