**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| AARON JAMES PIERCE,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MATTHEW MARTEZ,<br><br>　　　　Defendant. | No. C 08-02678 JF (PR)<br><br>ORDER OF DISMISSAL<br><br><br>(Docket Nos. 5 & 6) |

    On May 8, 2008, Plaintiff, a state prisoner proceeding pro se, filed a "Request for Notice of Filing New 1983 Complaint" with this Court. Because Plaintiff did not attach a complaint to the pleading, the Clerk of the Court sent Plaintiff a notice directing him to submit a complaint within thirty days from May 8, 2008, the date of the notice, or the action would be dismissed. (See Docket No. 3.) The deadline has since passed, and Plaintiff has not complied. Accordingly, this action is DISMISSED without prejudice.

    The Clerk shall terminate all pending motions and close the file.

    IT IS SO ORDERED.

DATED: 8/25/08

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.08\Pierce02678_dismissal.wpd