NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON JAMES PIERCE,<br><br>    Plaintiff,<br><br>vs.<br><br>MATTHEW MARTEZ,<br><br>    Defendant. | No. C 08-02678 JF (PR)<br><br>JUDGMENT |

    For the reasons stated on the order of dismissal, this case is DISMISSED without prejudice. Judgment is entered accordingly.

    The clerk shall close the file.

    IT IS SO ORDERED.

DATED: 8/25/08

JEREMY FOGEL
United States District Judge

Judgment
P:\PRO-SE\SJ.JF\CR.08\Pierce02678_judgment.wpd